IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JACKIE LYNN STEELE**                                                                 **PLAINTIFF**

**v.**                   **Case No. 4:18-cv-00176-KGB/PSH**

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                      **DEFENDANT**

## ORDER

The Court has received Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 11). No objections have been filed, and the time for filing objections has passed. After careful review of the Findings and Recommendation, the Court concludes that the Findings and Recommendation should be, and hereby are, approved and adopted as this Court's findings in all respects (*Id.*).

Therefore, the Court affirms the final decision of defendant Acting Commissioner Nancy Berryhill and dismisses with prejudice plaintiff Jackie Lynn Steele's complaint (Dkt. No. 1).

So ordered this the 13th day of February, 2019.

                                                                      Kristine G. Baker
                                                                      United States District Judge