IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JACKIE LYNN STEELE                                                          PLAINTIFF

v.                      Case No. 4:18-cv-00176-KGB/PSH

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                              DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this action is dismissed with prejudice.

So adjudged this the 13th day of February, 2019.

_____
Kristine G. Baker
United States District Judge